IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01899-RPM

ADRIENNE M. MAERZ,

    Plaintiff,

v.

NANCY SCARFFE, individually and
JEFFERSON COUNTY SCHOOL DISTRICT R-1,

    Defendants.

---

AMENDED ORDER DENYING MOTION FOR IN CAMERA HEARING AND SETTING
HEARING ON MOTION TO WITHDRAW

---

    After review of the pending motions to withdraw and for an in camera hearing, it is

    ORDERED that the Motion for In Camera Hearing, filed December 16, 2008 [13], is denied. It is

    FURTHER ORDERED that the Motion to Withdraw [10] filed by Tamara Wayland on December 11, 2008, is rescheduled for hearing on **January 12, 2009 at 10:00 a.m. in Courtroom A**, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. **Plaintiff Adrienne Maerz must be present at this hearing.**

    Dated: December 22nd, 2008

                                 BY THE COURT:

                                 s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Senior District Judge

---

    I hereby certify that on December 22, 2008, I mailed via United States Mail a copy of this Order to the following:

Adrienne Maerz
6450 Quaker Court
Arvada, CO 80007                                    s/ J. Chris Smith
                                                                           Deputy Clerk