IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01899-RPM

ADRIENNE M. MAERZ,

    Plaintiff,

v.

NANCY SCARFFE, individually and
JEFFERSON COUNTY SCHOOL DISTRICT R-1,

    Defendants.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


    Because Jason B. Harms has entered his appearance on behalf of plaintiff, the law office of Frank & Finger, P.C., Tamara Wayland, and Robert Hoban are permitted to withdraw; they have no further responsibility as plaintiff's counsel in this case and their electronic service is terminated.

    The hearing scheduled for January 16, 2009, at 2:30 p.m. is vacated.


DATED: January 15, 2008