IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08cv01899-RPM

ADRIENNE M. MAERZ

    Plaintiff,

v.

NANCY SCARFFE, individually;
JEFFERSON COUNTY SCHOOL DISTRICT R-1,

    Defendants.

_____

**ORDER RE: STIPULATED MOTION TO
MODIFY SCHEDULING ORDER DEADLINES**

_____

**Pursuant to the Parties STIPULATED MOTION TO MODIFY SCHEDULING ORDER DEADLINES [22], it is**

**ORDERED that the Motion is GRANTED. The discovery cut-off shall be extended, up to and including September 1, 2009 and the parties shall have up to and including September 29, 2009 to file dispositive motions.**

**DATED: June 18th, 2009**

    **BY THE COURT:**

    **s/Richard P. Matsch**
    _____
    **Richard P. Matsch, Senior District Judge**