IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01899-RPM

ADRIENNE M. MAERZ,

      Plaintiff,

v.

NANCY SCARFFE, individually and
JEFFERSON COUNTY SCHOOL DISTRICT R-1,

      Defendants.

---

ORDER REMOVING CASE FROM CALENDAR CALL

---

      Upon consideration of the Status Report [30] filed on September 28, 2009, it is

      ORDERED that this action is removed from the October 2, 2009, Calendar Call and it is

      FURTHER ORDERED that the parties shall submit a stipulated motion to dismiss on or before October 5, 2009.

      DATED: September 29th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge