IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01899-RPM

ADRIENNE M. MAERZ,

    Plaintiff,

v.

NANCY SCARFFE, individually and
JEFFERSON COUNTY SCHOOL DISTRICT R-1,

    Defendants.

___

ORDER FOR DISMISSAL
___

Upon consideration of the motion to dismiss [32] filed by plaintiff on October 5, 2009, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED: October 6th, 2009

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge